United States District Court
Northern District of New York

| | |
|---|---|
| CHRISTINE LOWE,<br>    *Plaintiff,*<br><br>v.<br><br>FRANK BISIGNANO,<br>  Commissioner of Social Security,<br>    *Defendant.* | Case No. 3:25-cv-00126-MJK<br><br><br><br>Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings, to include the opportunity for a hearing and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: September 5, 2025

Respectfully Submitted,

| | |
|---|---|
| JOHN A. SARCONE, III,<br>Acting United States Attorney<br>Northern District of New York<br><br>*Attorney for Defendant*<br><br>By: */s/ Candace Brown Casey*<br>    Candace Brown Casey<br>    Special Assistant United States Attorney<br>    Office of Program Litigation, Office 2<br>    Office of the General Counsel<br>    Social Security Administration<br>    6401 Security Boulevard<br>    Baltimore, MD 21235<br>    (212) 264-2438<br>    candace.m.brown.casey@ssa.gov | PETER A. GORTON<br>Lachman, Gorton Law Firm<br><br><br>*Attorney for Plaintiff*<br><br>    */s/ Peter A. Gorton*<br>    Peter A. Gorton<br>    Lachman, Gorton Law Firm<br>    P.O. Box 89<br>    1500 East Main Street<br>    Endicott, NY 13760-0089<br>    (607) 754-0500<br>    office@lglaw.org<br><br>SO ORDERED:<br><br>_____<br>HON. MITCHELL J. KATZ<br>United States Magistrate Judge |